UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV00185 AGF |
| ) | |
| CITY OF SALEM, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the motions of David A. Weidner and the Weidner Law Firm, LLC (collectively, "Weidner"), to withdraw as counsel for Plaintiff in this matter (Doc. No. 6), and motion for a hearing on the request to withdraw (Doc. No. 8). The Court notes that John F. Ward, an attorney from Pennsylvania, also appears on the pleadings as "Of Counsel" for Plaintiff, however, Mr. Ward's motion for leave to appear pro hac vice (Doc. No. 3) has not been granted because attorney Ward has not yet filed all the necessary paperwork for that admission. Thus, withdrawal of Weidner would leave Plaintiff unrepresented.

The Court shall not rule on Weidner's motions at this time. Plaintiff Steelman shall have until **Monday, April 23, 2012**, to obtain new counsel or for attorney Ward to obtain admission to the Court. In the event that substitute counsel does not enter an appearance, then before withdrawal is approved, the Court will require a hearing at which Plaintiff and Weidner shall personally appear.

Accordingly,

**IT IS HEREBY ORDERED** that attorney David A. Weidner shall cause a copy of this Order to be provided, promptly, to Plaintiff Steelman, and shall file a notice with the Court advising of the date and manner in which the Order was provided to Plaintiff.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2012.